**From: The District Court of the 5ᵗʰ Judicial District.**
**County of Beaverhead.**

STATE OF MONTANA,
    Plaintiff,                       CAUSE NO. DC-08-3250
vs.                                DECISION
MICHAEL HAMMOND,
    Defendant,

On November 6, 2008, the defendant was sentenced to a commitment to the Department of Corrections for a term of five (5) years, with an additional three (3) years suspended for the offense of Theft, a felony. The sentence was clarified by the District Court to be a term of eight (8) years, with three (3) years suspended.

The defendant was present and was represented by Ethan Lerman. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 6ᵗʰ day of August, 2009.

DATED this 20ᵗʰ day of August, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Richard Simonton.

**From: The District Court of the 4ᵗʰ Judicial District.**
**County of Missoula.**

STATE OF MONTANA,
    Plaintiff,                       CAUSE NO. DC-06-434